# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL KETTER,<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 13-1984 |

## O R D E R

**AND NOW,** this 20th day of November, 2014, upon consideration of plaintiff's Complaint and Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated October 30, 2014, no objections to the Report and Recommendation having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated October 30, 2014, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extend plaintiff seeks a remand to the Commissioner of Social Security, and **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated October 30, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**

　　　　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**